FILED
Dec 9  2 40 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBORAH E. GRAY | : | CIVIL ACTION NO. |
|    Plaintiff | : | 3:03-CV-707(PCD) |
| v. | : | |
| | : | |
| CONSUMERS INTERSTATE | : | |
| CORPORATION and KENNETH | : | |
| FISCHBURG, Individually And In His | : | |
| Official Capacity | : | |
|    Defendants | : | DECEMBER 8, 2003 |

### PLAINTIFF'S REPLY TO SPECIAL DEFENSES

The Plaintiff in the above-captioned case denies the allegations of the "Affirmative Defense To All Counts" and "Affirmative Defense As To Count One" as set forth in the Defendants' Answer and Affirmative Defenses dated December 2, 2003.

PLAINTIFF

By _____
Joseph A. Moniz (ct04316)
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103
Tel. (860) 278-0200
His Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

Brenda A. Eckert, Esq.
Gregg P. Goumas, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103

_____
Joseph A. Moniz