UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBORAH E. GRAY<br>PLAINTIFF | : CIVIL ACTION NO.<br>: 3:03-CV-707 (PCD)<br>: |
| v. | :<br>: |
| CONSUMERS INTERSTATE CORPORATION<br>AND KENNETH FISCHBURG, INDIVIDUALLY<br>AND IN HIS OFFICIAL CAPACITY<br>DEFENDANTS | :<br>:<br>:<br>: March 2, 2004 |

### JOINT MOTION FOR SETTLEMENT CONFERENCE

The parties in the above-referenced action respectfully request that this case be referred to a Magistrate Judge or in the alternative to a Special Master Team for a settlement conference. The parties conferred previously regarding settlement. Based on these discussions, the parties agree that a settlement conference with a Magistrate Judge or Special Master Team at this time will enhance their opportunity to resolve this matter through settlement.

PLAINTIFF, DEBORAH GRAY,

By_____
Joseph A. Moniz (ct04316)
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103
Telephone: (860) 278-0200
Telecopier: (860) 278-2212
Her Attorney

THE DEFENDANTS,
CONSUMERS INTERSTATE CORPORATION
AND KENN FISCHBURG

By /s/ *signature*
Brenda A. Eckert (ct00021)
Gregg P. Goumas (ct19095)
Shipman & Goodwin LLP
One American Row
Hartford, Connecticut 06103
Telephone: (860) 251-5000
Telecopier: (860) 251-5599

366228 v.01