# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBORAH E. GRAY : | |
| : | |
| VS. : | CASE NO. 3:03CV707 (PCD) |
| : | |
| CONSUMERS INTERSTATE CORPORATION, : | |
| ET AL. : | |

## ENDORSEMENT ORDER

The Joint Motion for Settlement Conference, document no. 22, is DENIED.  The conference currently scheduled with PJO Schancupp for Friday, March 19, 2004, at 11:30 a.m. will go forward as scheduled.

SO ORDERED.  Dated at New Haven, Connecticut, this 9th day of March, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court