UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBORAH E. GRAY | : CIVIL ACTION NO. |
| | : 3:03 CV 707 (PCD) |
| PLAINTIFF | : |
| | : |
| v. | : |
| | : |
| CONSUMERS INTERSTATE CORPORATION | : |
| and KENNETH FISCHBURG, Individually | : |
| And In His Official Capacity | : |
| | : |
| DEFENDANTS. | : March 10, 2004 |

### DEFENDANTS' MOTION FOR CONTINUANCE

Defendants, Consumers Interstate Corporation and Kenneth Fischburg, respectfully request a continuance of the settlement/status conference in the above matter currently scheduled for March 19, 2004. Defendants request this continuance because defendant Fischburg, who has full settlement authority as President of Defendant Consumers Interstate Corporation, will be out of state on a prescheduled vacation on March 19, 2004 and will not be returning until March 22, 2004. On March 2, 2004, the parties jointly filed a motion for a referral to either a Magistrate Judge or Special Master team for a settlement conference. Should the Court grant the parties' request for referral, the parties ask that such settlement conference be held in lieu of the instant settlement/status conference if possible. This is the

Defendants' first request for a continuance of the settlement/status conference date. The undersigned consulted with Cheryl Allen, legal assistant to plaintiff's counsel, who indicated that plaintiff has no objection to the granting of this motion.

WHEREFORE, the defendants respectfully request that their motion be granted.

DEFENDANTS,

CONSUMERS INTERSTATE CORPORATION
AND KENNETH FISCHBURG,
INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY,

By /s/ Brenda A. Eckert
Brenda A. Eckert
Federal Bar No. ct00021
beckert@goodwin.com
Gregg P. Goumas
Federal Bar No. ct19095
ggoumas@goodwin.com
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Telephone: (860) 251-5000
Facsimile (860) 251-5599
Their Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that, on this 10th day of March, 2004, a copy of the foregoing Defendants' Motion for Continuance was sent via first class mail, postage prepaid, to all counsel of record, as follows:

Joseph Moniz, Esq.
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103

_____
Gregg P. Goumas

235406 v.01