UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBORAH E. GRAY | : |
| | : |
| VS. | :    CASE NO. 3:03CV707 (PCD) |
| | : |
| CONSUMERS INTERSTATE CORPORATION, | : |
| ET AL. | : |

**ENDORSEMENT ORDER**

The Defendants' Motion for Continuance, document no. 24, is DENIED. The conference has previously been continued. There is no reason for the conference being scheduled other than before a PJO nor is there any reason why Mr. Fischburg cannot be available by telephone.

SO ORDERED. Dated at New Haven, Connecticut, this 15th day of March, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court