FILED
Apr 5  1 10 PM '04

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBORAH E. GRAY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:03-CV-707(PCD) |
| v. | : | |
| | : | |
| CONSUMERS INTERSTATE | : | |
| CORPORATION and KENNETH | : | |
| FISCHBURG, Individually And In His | : | |
| Official Capacity | : | |
| Defendants | : | APRIL 1, 2004 |

## MOTION FOR EXTENSION OF TIME

The Plaintiff hereby requests an extension of time of thirty (30) days to May 30, 2004 to complete depositions of fact witnesses for the following reasons: At the first mediation held on March 25, 2004 before David E. Shancupp, PJO, it was his suggestion to have the deposition of the Plaintiff go forward and schedule another mediation session thereafter. Plaintiff's deposition has now been completed and another mediation has been scheduled before PJO Shancupp on April 19, 2004. Rather than spend resources on discovery that could be used for settlement, it was agreed that we would hold up on discovery until after the mediation session. If the case did not settle, we would then resume discovery. This is Plaintiff's first request for an extension of time in which to complete depositions of fact witnesses. Undersigned counsel for the Plaintiff represents that he contacted Brenda A. Eckert,

Esq., counsel for the defendants, who stated she has no objection to this extension.

Plaintiff also certifies that this matter has not been assigned for trial.

PLAINTIFF

By: _____
Joseph A. Moniz (ct04316)
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103
Tel. (860) 278-0200
His Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

Brenda A. Eckert, Esq.
Gregg P. Goumas, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103

_____
Joseph A. Moniz