**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

DEBORAH E. GRAY

-vs-                                                    Civil No. 3:03 cv 707 (PCD)

CONSUMERS INTERSTATE CORP., ET AL

ENDORSEMENT ORDER

Plaintiff's motion for extension of time (Doc. #26) is hereby GRANTED.

Discovery shall be completed by May 30, 2004 and dispositive motions shall be filed on or before June 30, 2004, compliant with the Court's Supplemental Order

SO ORDERED.

Dated at New Haven, Connecticut, April 15, 2004.

/s/_____
Peter C. Dorsey, Senior
United States District Judge