UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Apr 19  11 56 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

| | |
|---|---|
| DEBORAH E. GRAY, | : |
| Plaintiff, | : |
| -vs- | : CIVIL NO. 3:03CV707 (PCD) |
| CONSUMERS INTERSTATE CORP., ET AL., | : |
| Defendants. | : |

STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated at New Haven, Connecticut, this 19th day of April, 2004.

_____
Joseph A. Moniz, Esq.
Attorney for Plaintiff

_____
Brenda A. Eckert, Esq.
Attorney for Defendants

## **ORDER**

The case, having been reported settled and the parties having stipulated to its dismissal, the case is dismissed with prejudice, reserving to each party the right to reopen the case for the purpose of enforcing the settlement provided a request to reopen is filed not later than thirty (30) days from the date of this Order. The court will retain jurisdiction for the purpose of any such request.

SO ORDERED.

Dated at New Haven, Connecticut, this 19th day of April, 2004.

_____
Peter C. Dorsey, U.S. District Judge
United States District Court